JOSEPH N. MOTT, ESQ.
Nevada Bar No. 12455
JASON R. MAIER, ESQ.
Nevada Bar No. 8557
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone: 702.629.7900
Facsimile: 702.629.7925
E-mail:   jnm@mgalaw.com
          jrm@mgalaw.com

*Attorneys for Plaintiff Brian Terrance Alvarez-Gilberg*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN TERRANCE ALVAREZ-GILBERG, an individual.<br><br>Plaintiff,<br><br>v.<br><br>GEICO CASUALTY COMPANY, a foreign corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-01583-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S OPPOSITION DEADLINE TO DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO SEVER/BIFURCATE AND TO STAY CLAIMS FOR BAD FAITH [ECF NO. 7]**<br><br>**[FIRST REQUEST]** |

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff, Brian Terrance Alvarez-Gilberg ("Plaintiff"), and defendant Geico Advantage Insurance Company erroneously sued and served herein as Geico Casualty Company ("Defendant"), by and through their respective counsel of record, that the deadline for Plaintiff to respond to Defendant's motion to dismiss, or in the alternative, to sever/bifurcate and to stay claims for bad faith [ECF No. 7] be extended for 14 days, from September 16, 2020 to September 30, 2020.

/ / /

/ / /

The parties agree to this extension to allow Plaintiff additional time to prepare his responding brief. This stipulation is made in good faith and the brief extension will not unduly delay this matter.

DATED this 15th day of September, 2020.     DATED this 15th day of September, 2020.

**MAIER GUTIERREZ & ASSOCIATES**             **MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP**

*/s/ Joseph N. Mott*                          */s/ Wade M. Hansard*

JOSEPH N. MOTT, ESQ.                          WADE M. HANSARD, ESQ.
Nevada Bar No. 12455                          Nevada Bar No. 8104
JASON R. MAIER, ESQ.                          JONATHAN W. CARLSON, ESQ.
Nevada Bar No. 8557                           Nevada Bar No. 10536
8816 Spanish Ridge Avenue                     8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89148                       Las Vegas, Nevada 89113
*Attorneys for Plaintiff Brian Terrance       Attorneys for Defendant Geico Advantage
Alvarez-Gilberg*                              *Insurance Company*

**ORDER**

IT IS SO ORDERED.

DATED this  15th  day of September, 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE