Sean K. Claggett
Nevada Bar No. 8407
Joseph N. Mott
Nevada Bar No. 12455
4101 Meadows Lane, Ste. 100
Las Vegas, Nevada 89107
(702) 655-2346 – Telephone
(702) 655-3763 – Facsimile
sclaggett@claggettlaw.com
joey@claggettlaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN TERRANCE ALVAREZ-GILBERG, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GEICO CASUALTY COMPANY, a foreign corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:20-CV-01583-RFB-VCF<br><br>**STIPULATON AND PROPOSED ORDER TO STAY CASE PENDING MEDIATION** |

Plaintiff, Brian Terrance Alvarez-Gilberg, (hereinafter "Plaintiff"), by and through his attorneys of record, CLAGGETT & SYKES LAW FIRM, and Defendant Geico Casualty Company, ("Defendant"), by and through its attorneys of record, McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP., hereby stipulate and request an order staying all proceedings and discovery in this matter pending mediation. The parties have agreed to engage in a mediation of all claims presented in Plaintiff's Complaint. The parties believe that the mediation has a high chance of success, and in an effort to be as efficient as possible, in terms of both time and expenses, would like to

- 1 -

refrain from conducting expensive and time-consuming discovery while the mediation is pending. The parties have identified potential mediators and will be conducting the mediation on or before February 15, 2021. If the mediation is successful, the case will be resolved in its entirety. Accordingly, the parties propose the following:

This matter be stayed in its entirety until February 22, 2021[1]. On or before February 22, 2021, the parties will submit a joint status report to the Court indicating the result of the mediation and either proposing a discovery plan and scheduling order or a schedule for completion of the settlement. This is the parties' first request for a stay in this matter and is made in good faith and not for the purpose of delay. As a trial date has not yet been set in this case, the trial will not be postponed due to the requested stay.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] Defendant recently served Interrogatories, Requests for Production of Documents, and Requests for Admissions on Plaintiff, and the parties hereby agree responses thereto will be due March 24, 2021, should a settlement not be reached.

Case No.: 2:20-CV-01583-RFB-VCF

Based on the foregoing, the parties respectfully request that the Court enter an order granting the parties requested relief.

| | |
|---|---|
| DATED this 28th day of December, 2020. | DATED this 28th day of December, 2020. |
| CLAGGETT & SYKES LAW FIRM | McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP |
| /s/ Joseph Mott | /s/ Jonathan Carlson |
| Joseph N. Mott<br>Nevada Bar No. 12455<br>Attorneys for Plaintiff | Jonathan Carlson<br>Nevada Bar No. 10536<br>Attorneys for Defendant |

## **ORDER**

IT IS HEREBY ORDERED this matter is stayed in its entirety until February 22, 2021.

IT IS FURTHER ORDERED the parties will submit to the Court a joint status report on or before February 22, 2021. The status report will include the results of the parties' mediation efforts and propose a schedule for the case to proceed either with discovery or the completion of the settlement process.

DATED this 12th day of January, 2021.

RICHARD E. BOULWARE, II
United States District Court

- 3 -