Sean K. Claggett
Nevada Bar No. 8407
Joseph N. Mott
Nevada Bar No. 12455
4101 Meadows Lane, Ste. 100
Las Vegas, Nevada 89107
(702) 655-2346 – Telephone
(702) 655-3763 – Facsimile
sclaggett@claggettlaw.com
joey@claggettlaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRIAN TERRANCE ALVAREZ-GILBERG, an individual,<br><br>                         Plaintiff,<br>vs.<br><br>GEICO CASUALTY COMPANY, a foreign corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>                         Defendants. | Case No.: 2:20-CV-01583-RFB-VCF<br><br>**STIPULATON AND PROPOSED ORDER TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO SEVER/BIFURCATE AND TO STAY CLAIMS FOR BAD FAITH** |

Plaintiff, Brian Terrance Alvarez-Gilberg, (hereinafter "Plaintiff"), by and through his attorneys of record, CLAGGETT & SYKES LAW FIRM, and Defendant Geico Casualty Company, ("Defendant"), by and through its attorneys of record, McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP., hereby stipulate and request an order continuing the Hearing on Defendant's Motion to Dismiss, or in the Alternative, to Sever/Bifurcate and to Stay Claims for Bad Faith [Doc. No. 7] currently scheduled for September 17, 2021 [Doc. No. 26], as Plaintiff's Counsel is currently scheduled to be out of the office on that date.

- 1 -

Case No.: 2:20-CV-01583-RFB-VCF

Based on the foregoing, the parties respectfully request that the hearing be continued to the next available date convenient to the Court after September 27, 2021.

| | |
|---|---|
| DATED this 13th day of September, 2021. | DATED this 13th day of September, 2021. |
| CLAGGETT & SYKES LAW FIRM | McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP |
| /s/ Joseph Mott | /s/ Jonathan Carlson |
| Joseph N. Mott<br>Nevada Bar No. 12455<br>Attorneys for Plaintiff | Jonathan Carlson<br>Nevada Bar No. 10536<br>Attorneys for Defendant |

## **ORDER**

IT IS HEREBY ORDERED that the hearing on Defendant's Motion to Dismiss, or in the Alternative, to Sever/Bifurcate and to Stay Claims for Bad Faith [Doc. No. 7] and [25] Motion to Stay currently scheduled for September 17, 2021 [Doc. No. 26], be rescheduled to the next available date convenient to the Court, September 29, 2021 at the hour of 9:30 AM.

DATED this 15th day of September, 2021.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: September 15, 2021

- 2 -