Sean K. Claggett
Nevada Bar No. 8407
Joseph N. Mott
Nevada Bar No. 12455
4101 Meadows Lane, Ste. 100
Las Vegas, Nevada 89107
(702) 655-2346 – Telephone
(702) 655-3763 – Facsimile
sclaggett@claggettlaw.com
joey@claggettlaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN TERRANCE ALVAREZ-GILBERG, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GEICO CASUALTY COMPANY, a foreign corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:20-CV-01583-RFB-VCF<br><br>**STIPULATON AND ~~PROPOSED~~ ORDER TO CONTINUE DUE DATE FOR REPLY BRIEF TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY** |

Plaintiff, Brian Terrance Alvarez-Gilberg, (hereinafter "Plaintiff"), by and through his attorneys of record, CLAGGETT & SYKES LAW FIRM, and Defendant Geico Casualty Company, ("Defendant"), by and through its attorneys of record, McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP., hereby stipulate and request an order allowing Plaintiff an additional seven (7) days to file a Reply Brief regarding Plaintiff's Motion to Compel Discovery. Pursuant to the parties' agreement, the Reply will be due April 18, 2022.

///

- 1 -

Case No.: 2:20-CV-01583-RFB-VCF

Based on the foregoing, the parties respectfully request that the Court enter an order granting the parties requested relief.

DATED this 8th day of April, 2022.   DATED this 8th day of April, 2022.

CLAGGETT & SYKES LAW FIRM   McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

/s/ Joseph Mott   /s/ Jonathan Carlson

Joseph N. Mott   Jonathan Carlson
Nevada Bar No. 12455   Nevada Bar No. 10536
Attorneys for Plaintiff   Attorneys for Defendant

## **ORDER**

IT IS HEREBY ORDERED that Plaintiff shall have an additional seven (7) days to file his Reply Brief, which will now be due April 18, 2022.

DATED this 11th day of April 2022.

_____
UNITED STATES MAGISTRATE JUDGE

- 2 -