Sean K. Claggett
Nevada Bar No. 8407
Joseph N. Mott
Nevada Bar No. 12455
4101 Meadows Lane, Ste. 100
Las Vegas, Nevada 89107
(702) 655-2346 – Telephone
(702) 655-3763 – Facsimile
sclaggett@claggettlaw.com
joey@claggettlaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN TERRANCE ALVAREZ-GILBERG, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GEICO CASUALTY COMPANY, a foreign corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:20-CV-01583-RFB-VCF<br><br>**STIPULATON AND ~~PROPOSED~~ ORDER TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO COMPEL DISCOVERY AND DEFENDANT'S AMENDED MOTION FOR PROTECTIVE ORDER** |

Plaintiff, Brian Terrance Alvarez-Gilberg, (hereinafter "Plaintiff"), by and through his attorneys of record, CLAGGETT & SYKES LAW FIRM, and Defendant Geico Casualty Company, ("Defendant"), by and through its attorneys of record, McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP., hereby stipulate and request an order continuing the Hearing on Plaintiff's Motion to Compel Discovery [Doc. No. 40] and Defendant's Amended Motion for Protective Order [Doc. No. 42] currently scheduled for June 6, 2022 [Doc. No. 54]. Plaintiff served an Amended Notice of 30(b)(6) Deposition on May 26, 2022 including additional topics that Defendant wishes to object to

- 1 -

and seek to protect. The parties met and conferred and now propose that they each be allowed to file a supplemental brief, in connection with Defendant's Motion to Protect, dealing only with the new 30(b)(6) topics. The proposed supplemental briefs will be filed on June 6, 2022.

Based on the foregoing, the parties respectfully request that the hearing be continued to the next available date convenient to the Court after June 13, 2022.

| | |
|---|---|
| DATED this 26th day of May 2022. | DATED this 26th day of May 2022. |
| CLAGGETT & SYKES LAW FIRM | McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP |
| /s/ Sean Claggett | /s/ Jonathan Carlson |
| Sean Claggett<br>Nevada Bar No. 8407<br>Attorneys for Plaintiff | Jonathan Carlson<br>Nevada Bar No. 10536<br>Attorneys for Defendant |

## **ORDER**

IT IS HEREBY ORDERED that the hearing on Plaintiff's Motion to Compel Discovery [Doc. No. 40] and Defendant's Amended Motion for Protective Order [Doc. No. 42] currently set for June ~~6~~ 3, 2022 [Doc. No. 54], be rescheduled to the next available date convenient to the Court after June 13, 2022.

DATED this 27th day of May 2022.

_____
UNITED STATES MAGISTRATE JUDGE

IT IS HEREBY ORDERED that the video conference hearing scheduled for June 3, 2022, is RESCHEDULED to a video conference hearing on June 15, 2022 at 10:00 AM.

- 2 -