McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Frank A. Toddre, II
Nevada Bar No. 11474
  *frank.toddre@mccormickbarstow.com*
Henry H. Kim
Nevada Bar No. 14390
  *henry.kim@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:   (702) 949-1100
Facsimile:    (702) 949-1101

Attorneys for GEICO ADVANTAGE
INSURANCE COMPANY erroneously sued and
served herein as GEICO CASUALTY
COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN TERRANCE ALVAREZ-GILBERG, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>GEICO CASUALTY COMPANY, a foreign corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>    Defendants. | Case No. 2:20-cv-01583-RFB-VCF<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND THE DEADLINE TO FILE SUPPLEMENTAL BRIEFS ON DEFENDANT'S MOTION FOR PROTECTIVE ORDER** |

Plaintiff, Brian Terrance Alvarez-Gilberg, (hereinafter "Plaintiff"), by through his attorneys of record, CLAGGETT & SYKES LAW FIRM, and Defendant Geico Casualty Company, ("Defendant"), by and through its attorneys of record, McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP., hereby stipulate and extend the deadline to file supplemental briefs, in connection with Defendant's Amended Motion for Protective Order, dealing with additional Rule 30(b)(6) topics.

///

Case No. 2:20-cv-01583-RFB-VCF

STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINE TO FILE SUPPLEMENTAL BRIEFS ON DEFENDANT'S MOTION FOR PROTECTIVE ORDER

1  On June 3, 2022, Plaintiff served Fourth Amended Notice of Taking the Videoconference
2 and Videotaped Deposition of GEICO Casualty Company's FRCP 30(b)(6) witness(es) ("Fourth
3 Amended Notice"). The Fourth Amended Notice added several new topics for the deposition of
4 Defendant's 30(b)(6) witness, some of the topics which Defendant finds objectionable. The parties
5 met and conferred and agreed that they need additional time to each file a supplemental brief, in
6 connection with Defendant's Motion for Protective Order.

7  Based on the foregoing, the parties respectfully request that the Court extend the deadline to
8 file supplement briefs to Defendant's Amended Motion for Protective Order from June 6, 2022 to
9 June, 17, 2022. The parties request that the Court schedule the hearing on Plaintiff's Motion to
10 Compel Discovery (Doc. 40) and Defendant's Amended Motion for Protective Order (Doc. 42) to
11 the next available date convenient to the Court after June 27, 2022.

12 / / /
13 / / /
14 / / /
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
337 WEST SUNSET ROAD, SUITE 350
LAS VEGAS, NV 89113

2   Case No. 2:20-cv-01583-RFB-VCF
STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINE TO FILE SUPPLEMENTAL BRIEFS ON
DEFENDANT'S MOTION FOR PROTECTIVE ORDER

# ORDER

IT IS HEREBY ORDERED that the parties may file supplemental briefs in connection to Defendant's Amended Motion for Protective Order on or before June 17, 2022.

IT IS FURTHER ORDERED the hearing on Plaintiff's Motion to Compel Discovery (Doc. 40) and Defendant's Amended Motion for Protective Order (Doc. 42) be rescheduled to the next available date convenient to the Court after June 27, 2022.

DATED this 7th day of June, 2022

CLAGGETT & SYKES LAW FIRM

By  /s/ Joseph N. Mott
Joseph N. Mott
Nevada Bar No. 12455
4101 Meadows Lane, Suite 100
Las Vegass, Nevada 89017
Tel. (702) 655-2346

Attorneys for BRIAN TERRANCE ALVAREZ-GILBERG

DATED this 7th day of June, 2022

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By  /s/ Henry H. Kim
Jonathan W. Carlson
Nevada Bar No. 10536
Frank A. Toddre, II
Nevada Bar No. 11474
Henry H. Kim
Nevada Bar No. 14390
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Tel. (702) 949-1100

Attorneys for GEICO ADVANTAGE INSURANCE COMPANY erroneously sued and served herein as GEICO INSURANCE AGENCY INC.

**IT IS SO ORDERED.**

DATED this 8th day of June, 2022

IT IS HEREBY ORDERED that the hearing scheduled for June 15, 2022, is VACATED, and RESCHEDULED to a video conference hearing on July 5, 2022 at 1:00 PM.

UNITED STATES ~~DISTRICT COURT~~ JUDGE
MAGISTRATE

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of June, 2022, a true and correct copy of **STIPULATION AND PROPOSED ORDER TO EXTEND THE DEADLINE TO FILE SUPPLEMENTAL BRIEFS ON DEFENDANT'S MOTION FOR PROTECTIVE ORDER** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By  /s/ Laura M. Lybarger
Laura M. Lybarger, an Employee of
McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
337 WEST SUNSET ROAD, SUITE 350
LAS VEGAS, NV 89113

4                                                      Case No. 2:20-cv-01583-RFB-VCF
STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINE TO FILE SUPPLEMENTAL BRIEFS ON DEFENDANT'S MOTION FOR PROTECTIVE ORDER