McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
  jonathan.carlson@mccormickbarstow.com
Frank A. Toddre, II
Nevada Bar No. 11474
  frank.toddre@mccormickbarstow.com
Henry H. Kim
Nevada Bar No. 14390
  henry.kim@mccormickbarstow.com
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:   (702) 949-1100
Facsimile:   (702) 949-1101

Attorneys for GEICO ADVANTAGE
INSURANCE COMPANY erroneously sued and
served herein as GEICO CASUALTY
COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN TERRANCE ALVAREZ-GILBERG, an individual, <br><br> Plaintiff, <br><br> v. <br><br> GEICO CASUALTY COMPANY, a foreign corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive, <br><br> Defendants. | Case No. 2:20-cv-01583-RFB-VCF <br><br> **STIPULATION AND ORDER TO CONTINUE THE JULY 28, 2022 HEARING** |

Plaintiff, Brian Terrance Alvarez-Gilberg, (hereinafter "Plaintiff"), by through his attorneys of record, CLAGGETT & SYKES LAW FIRM, and Defendant GEICO Casualty Company, ("Defendant"), by and through its attorneys of record, McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP., hereby stipulate to continue the hearing on Plaintiff's Motion for Leave to Amend Complaint [Doc. 61], and Defendant's Amended Motion for Protective Order for Requested 30 (b)(6) Deposition Topics [Doc 42] currently scheduled for 10:00 a.m., July 28, 2022.

///

1  The undersigned counsel has an unexpected medical emergency and will be unable to attend
2  the hearing on July 28, 2022. Based on the foregoing, the parties respectfully request the Court to
3  vacate the hearing currently scheduled for 10:00 a.m. on July 28, 2022 and continue the hearing to
4  the next available date convenient to the Court after August 4, 2022.
5  / / /
6  / / /
7  / / /
8  / / /
9  / / /
10 / / /
11 / / /
12 / / /
13 / / /
14 / / /
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
337 WEST SUNSET ROAD, SUITE 350
LAS VEGAS, NV 89113

2                                                                Case No. 2:20-cv-01583-RFB-VCF
STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINE TO FILE SUPPLEMENTAL BRIEFS ON
DEFENDANT'S MOTION FOR PROTECTIVE ORDER

## ORDER

IT IS HEREBY ORDERED that the hearing on Plaintiff's Motion for Leave to Amend [Doc. 61], and Defendant's Amended Motion for Protective Order for Requested 30 (b)(6) Deposition Topics [Doc 42] currently scheduled for 10:00 a.m. on July 28, 2022 is vacated.

IT IS FURTHER ORDERED the hearing be rescheduled to the next available date convenient to the Court after August 4, 2022.

DATED this 27th day of July, 2022

CLAGGETT & SYKES LAW FIRM

By /s/ Joseph N. Mott
Joseph N. Mott
Nevada Bar No. 12455
4101 Meadows Lane, Suite 100
Las Vegas, Nevada 89017
Tel. (702) 655-2346

Attorneys for BRIAN TERRANCE ALVAREZ-GILBERG

DATED this 27th day of July, 2022

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By /s/ Henry H. Kim
Jonathan W. Carlson
Nevada Bar No. 10536
Frank A. Toddre, II
Nevada Bar No. 11474
Henry H. Kim
Nevada Bar No. 14390
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Tel. (702) 949-1100

Attorneys for GEICO ADVANTAGE INSURANCE COMPANY erroneously sued and served herein as GEICO INSURANCE AGENCY INC.

**IT IS SO ORDERED.**

DATED this 27th day of July, 2022

IT IS HEREBY ORDERED that the hearing scheduled for July 28, 2022, is RESCHEDULED to an in-person hearing at 1:00 PM, August 9, 2022, in Courtroom 3D.

UNITED STATES ~~DISTRICT COURT~~ JUDGE
MAGISTRATE

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of June, 2022, a true and correct copy of **STIPULATION AND ORDER TO CONTINUE THE JULY 28, 2022 HEARING** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By  /s/ Laura M. Lybarger
Laura M. Lybarger, an Employee of
McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
337 WEST SUNSET ROAD, SUITE 350
LAS VEGAS, NV 89113

4                                    Case No. 2:20-cv-01583-RFB-VCF
STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINE TO FILE SUPPLEMENTAL BRIEFS ON
DEFENDANT'S MOTION FOR PROTECTIVE ORDER