McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Henry H Kim
Nevada Bar No. 14390
  *henry.kim@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:     (702) 949-1100
Facsimile:      (702) 949-1101

Attorneys for GEICO ADVANTAGE
INSURANCE COMPANY erroneously sued and
served herein as GEICO CASUALTY
COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| BRIAN TERRANCE ALVAREZ-GILBERG, an individual,<br><br>                Plaintiff,<br><br>        v.<br><br>GEICO CASUALTY COMPANY, a foreign corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>                Defendants. | Case No. 2:20-cv-01583-RFB-VCF<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED between Plaintiff, BRIAN TERRANCE ALVAREZ-GILBERG and Defendant GEICO CASUALTY COMPANY, by and through their respective counsel of record, that the above-entitled matter be dismissed with prejudice.

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113

Case No. 2:20-cv-01583-RFB-VCF

STIPULATION TO DISMISS WITH PREJUDICE

Re: <u>Alvarez-Gilberg v. GEICO</u>
Case No. 2:20-cv-01583-RFB-VCF

Each party will bear their own costs and attorney's fees.

Dated: April 17, 2023                                CLAGGETT AND SYKES LAW FIRM

                                        By:  */s/ Brian Blankenship*
                                            Sean K. Clagget
                                            Nevada Bar No. 8407
                                            Brian Blankenship
                                            Nevada Bar No. 11522
                                            4101 Meadows Lane, Ste. 100
                                            Las Vegas, NV 89107
                                            *Attorneys for Plaintiff*
                                            BRIAN TERRANCE ALVAREZ-GILBERG

Dated: April 17, 2023                                McCORMICK, BARSTOW, SHEPPARD,
                                                     WAYTE & CARRUTH LLP

                                        By:  */s/ Jonathan W. Carlson*
                                            Jonathan W. Carlson
                                            Nevada Bar No. 10536
                                            Henry H. Kim
                                            Nevada Bar No. 14390
                                            *Attorneys for GEICO ADVANTAGE INSURANCE*
                                            *COMPANY erroneously sued and served herein as*
                                            *GEICO CASUALTY COMPANY*

**ORDER**

**IT IS SO ORDERED.**

DATED this 19th day of April, 2023.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

9007786.1